M. RICHARD ALVAREZ, SBN 241343
ATTORNEY AT LAW
115 South Church St.
Visalia, CA 93291
Telephone:     (559) 622-8801
Facsimile:      (559) 622-8869

Attorney for Defendant
Arthur Allen Walker

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:15-CR-00288-LJO |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S |
| ) | PRESENCE, AND ORDER |
| v. ) | |
| ) | |
| Arthur Allen Walker, ) | |
| Defendant ) | |
| ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Arthur Allen Walker, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to Status Hearings when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if Defendant were personally present; further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his Attorney to set times and delays under that Act without Defendant being present.

Dated: December 11, 2015                          /s/Arthur Allen Walker
                                                  Arthur Allen Walker

                                                  (Original retained by Attorney.)

I agree with and consent to my client's Waiver of Appearance.

Dated: December 11, 2015                          M. Richard Alvarez /s/
                                                  M. Richard Alvarez

                                                  Attorney for Arthur Allen Walker

## **ORDER**

IT IS SO ORDERED.

Dated:   **December 29, 2015**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE