**Caroline C. McCreary, # 176563**
Attorney at Law
2377 W. Shaw Suite 108
Fresno, CA. 93720
Telephone (559) 696-4529
Facsimile (559) 486-4320
CCMcCreary@yahoo.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00288-012 LJO |
| Plaintiff, | **DEFENDANT'S WAIVER OF PERSONAL** |
| vs. | **PRESENCE AT SENTENCING PURSUANT TO FRCP RULE 43 AND NOTICE OF NOTICE OF INTENT TO BE PRESENT BY** |
| ARTHUR ALLEN WALKER, | **WAY OF TELEPHONIC CONFERENCE: STIPULATION FOR WAIVER OF** |
| Defendant. | **PERSONAL PRESENCE; AND ORDER** |
| | DATE: April 16, 2018 |
| | TIME: 11:00 a.m. |
| | DEPT: The Honorable Lawrence J. O'Neil |

**WAIVER**

Defendant Arthur Walker hereby knowingly, voluntarily, and intelligently waives his right to be physically present at his sentencing.

He instead intends to be present by way of live telephonic conferencing and therefore only specifically waives his right to physical presence and does not waive his right to allocation at the Proceedings. He waives the right to appeal any issues that may arise as a result of this waiver of his right to physical presence.

DATED: April 5, 2018                                    /s/ Arthur Allen Walker
                                                        ARTHUR ALLEN WALKER
                                                        Defendant


DATED: April 5, 2018                                    /s/ Caroline C. McCreary.
                                                        Attorney for Defendant


---------------------------

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant ARTHUR ALLEN WALKER may

appear at his Sentencing, scheduled for April 16, 2018 at 11:00 a.m., via telephonic

conferencing.

IT IS APPROVED.

IT IS SO ORDERED.

Dated:  **April 9, 2018**                        /s/ Lawrence J. O'Neill
                                                 UNITED STATES CHIEF DISTRICT JUDGE