UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARTHUR ALLEN WALKER,<br><br>            Defendant. | 1:15-cr-00288-012 LJO<br><br>CUSTODY ORDER TO THE UNITED STATES MARSHAL |

Defendant Arthur Allen Walker continues to reside at a medical facility in Tulare County. He is now a sentenced prisoner and is Ordered remanded to the custody of the United States Marshal for transportation to the facility designated by the Bureau of Prisons. The remand is to take place as soon as the BOP facility is designated for transportation.

IT IS SO ORDERED.

　　Dated:   **June 25, 2018**　　　　　　　　    **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE